

# NUMBER 13-21-00407-CV

# COURT OF APPEALS

# THIRTEENTH DISTRICT OF TEXAS

# CORPUS CHRISTI – EDINBURG

| | |
|---|---|
| **JOSAPHAT LOZANO,** | **Appellant,** |
| **v.** | |
| **RAYMONDVILLE INDEPENDENT SCHOOL DISTRICT,** | **Appellee.** |

### On appeal from the 197th District Court of Willacy County, Texas.

# ORDER OF ABATEMENT

### Before Justices Longoria, Hinojosa, and Silva
### Order Per Curiam

This cause is before the Court on appellant's letter filed on March 2, 2022, which we construe as a motion to abate. On November 22, 2021, the Clerk of the Court notified appellant's previous counsel that the notice of appeal does not comply with TEX. R. APP. P. 25.1(d)(2). On February 1, 2022, appellant's counsel, the Honorable Larry Warner,

passed away. Shortly thereafter, the trial court signed the final judgment in this matter. Accordingly, appellant needs time to retain new counsel and to file an amended notice of appeal.

The Court, having fully examined and considered appellant's motion, is of the opinion it should be granted. Therefore, appellant's motion to abate is granted and this matter is abated until June 13, 2022, or until new counsel files an appearance for appellant, whichever comes first.

PER CURIAM

Delivered and filed on the
15th day of March, 2022.